*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**John STRADER, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 2006–3429.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2006.

**ORDER**

Order Vacated, See 2006 WL 3922786.

---

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.